JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS PEREZ OSORIO, | Case No. ED CV 26-00975 FMO (DSR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| KRISTI NOEM, et al., | |
| Respondents. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 31st day of March, 2026.

/s/

Fernando M. Olguin
United States District Judge